# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| RICKEY I. KANTER <br> *Plaintiff* <br> v. <br> LORETTA E. LYNCH & BRAD SCHIMEL <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 16-CV-01121 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brad Schimel
Wisconsin Department of Justice
17 West Main Street, Madison, WI 53707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark A. Cameli
Kate E. Maternowski
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*