UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKEY I. KANTER,

        Plaintiff,

        v.

LORETTA ELIZABETH LYNCH,
Attorney General of the United States,
and
BRAD SCHIMEL,
Attorney General of the State of Wisconsin,

Case No. 16-CV-01121

        Defendants.

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff Rickey I. Kanter, furnish the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. **Full Name of Every Party Represented in this Action:** Rickey I. Kanter

2. **Corporate Ownership**: Plaintiff is not a corporation.

3. **Names of All Law Firms Whose Attorneys Will or are Expected to Appear**:

    Mark A. Cameli
    Kate E. Maternowski
    Reinhart Boerner Van Deuren s.c.
    1000 North Water Street, Suite 1700
    Milwaukee, WI 53202

Dated this 23rd day of August, 2016.

s/Mark A. Cameli
Mark A. Cameli
WI State Bar ID No. 1012040
mcameli@reinhartlaw.com
Kate E. Maternowski
WI State Bar ID No. 1091126
kmaternowski@reinhartlaw.com
Attorneys for Rickey I. Kanter
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Facsimile: 414-298-8097

34234331