# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| RICKEY I. KANTER | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 16-CV-01121 |
| LORETTA E. LYNCH & BRAD SCHIMEL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brad Schimel
Wisconsin Department of Justice
17 West Main Street
Madison, WI 53707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark A. Cameli
Kate E. Maternowski
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
CLERK OF COURT

Date: 08/24/2016     s/ B. Xiong
*Signature of Clerk or Deputy Clerk*

Civil Action No. 16-CV-01121

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General of the Eastern District

was received by me on *(date)* 8-25-16 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KAY CHANG, who is designated by law to accept service of process on behalf of *(name of organization)* Attorney General of the Eastern District on *(date)* 8-25-16 @ 1:40pm; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-25-16

*Server's signature*

William Wandschneider
*Printed name and title*

740 N. Plankinton, Milwaukee, WI
*Server's address*

Additional information regarding attempted service, etc: