IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

RICKY I. KANTER,

    Plaintiff,

v.                                                        Case No. 16-CV-1121

LORETTA ELIZABETH LYNCH,
Attorney General of the United States,

    and

BRAD SCHIMEL, Attorney General of the
State of Wisconsin,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the Court's competency to proceed, Defendant, Brad D. Schimel, appears in this action by his attorneys, Attorney General Brad D. Schimel and Assistant Attorneys General Christopher J. Blythe and Shannon A. Buttchen, and request that service of all pleadings and other papers be made upon Assistant Attorney General Blythe as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857.

Dated this 1st day of September 2016.

                              Respectfully submitted,

                              <u>s/ Shannon A. Buttchen</u>
                              SHANNON A. BUTTCHEN
                              Assistant Attorney General
                              State Bar #1089101

                              <u>s/ Christopher J. Blythe</u>
                              CHRISTOPHER J. BLYTHE
                              Assistant Attorney General
                              State Bar #1026147

                              Attorneys for Defendant Brad D. Schimel,
                              Wisconsin Attorney General

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1677 (Buttchen Phone)
(608) 266-0180 (Blythe Phone)
(608) 267-8906 (Fax)
buttchensa@doj.state.wi.us
blythecj@doj.state.wi.us