IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

RICKEY KANTER,

    Plaintiff,

v.                                    Case No. 16CV1121

LORETTA LYNCH, ET AL.,

    Defendants.

## NOTICE OF APPEARANCE AND SUBSTITUTION

TAKE NOTICE that Assistant Attorneys General Brian P. Keenan and Colin T. Roth appear as counsel for Defendant Brad D. Schimel in the above-captioned action, and request that all documents hereafter filed in this action be served upon them personally at their office located at 17 West Main Street, Madison, Wisconsin 53703, or by first class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857 or via the CM/ECF system.

Assistant Attorneys General Brian P. Keenan and Colin T. Roth are hereby substituted as Defendant's counsel in place of Assistant Attorneys General Christopher Blythe and Shannon Buttchen. Assistant Attorney General Keenan will act as lead counsel in this matter.

Dated this 9th day of September, 2016.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General

/s/Brian P. Keenan

BRIAN P. KEENAN
Assistant Attorney General
State Bar #1056525

COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020 (BPK)
(608) 264-6219 (CTR)
(608) 267-2223 (Fax)
keenanbp@doj.state.wi.us
rothct@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on September 9, 2016., I electronically filed the foregoing Notice of Appearance and Substitution with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 9th day of September, 2016.

/s/Brian P. Keenan
BRIAN P. KEENAN
Assistant Attorney General