# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Wisconsin

**Rickey I. Kanter**

       Plaintiff(s),

VS.

**Loretta Elizabeth Lynch, Attorney General of the United States, et al**

       Defendant(s).

Attorney: Mark A. Cameli

Reinhart Boerner Van Deuren, S.C.
1000 North Water St., #1700
Milwaukee WI 53202



*206634*

**Case Number: 16-CV-01121**

Legal documents received by Same Day Process Service, Inc. on **09/07/2016** at **2:32 PM** to be served upon **Loretta Elizabeth Lynch, Attorney General of the United States, U.S. Department of Justice**, at **950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Jaliah Cobbs**, swear and affirm that on **September 07, 2016** at **5:21 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Civil L.R. 7.1 Disclosure Statement; Consent to Proceed Before a Magistrate Judge;** to **Desiree Brown** as **Mail Clerk & Authorized Agent** at 950 Pennsylvania Ave., NW , Washington, DC 20530 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Jaliah Cobbs**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:206634

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of September, 2016

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

