## 2. Article Number

9414 7266 9904 2064 7866 66

**3. Service Type** CERTIFIED MAIL®

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**
Civil Process Clerk
Brad Schimel, WI DOJ
P.O. Box 7857
Madison, WI 53707
US

COMPLETE THIS SECTION ON DELIVERY

**A.** Received by (Please Print Clearly) **B.** Date of Delivery

**C.** Signature
X Robert Cretoos

☐ Agent
☐ Addressee

**D.** Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

052314-0008-00323 — 052314-0003

CERT00061425

PS Form 3811, January 2005   Domestic Return Receipt