## 2. Article Number

9414 7266 9904 2064 7866 59

**3. Service Type** CERTIFIED MAIL®

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**
Brad Schimel
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
US

**COMPLETE THIS SECTION ON DELIVERY**

**A. Received by (Please Print Clearly)**
Robert Crofoot

**B. Date of Delivery**

**C. Signature**
X [signature]
☐ Agent
☐ Addressee

**D. Is delivery address different from item 1?**
If YES, enter delivery address below:
☐ Yes ☐ No

2016

053311-0008-00228

CERT00061424

PS Form 3811, January 2005 — Domestic Return Receipt