## 2. Article Number

9414 7266 9904 2064 7865 74

**3. Service Type**  CERTIFIED MAIL®

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**
Loretta Elizabeth Lynch
Attorney General of the U.S.
950 Pennsylvania Avenue, NW
Washington, DC 20530
US

## COMPLETE THIS SECTION ON DELIVERY

**A.** Received by (Please Print Clearly)    **B.** Date of Delivery

**C.** Signature
X                                            ☐ Agent
                                             ☐ Addressee

**D.** Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:          ☐ No

052314.0008-00336

CERT00061090

PS Form 3811, January 2005           Domestic Return Receipt