## 2. Article Number

9414 7266 9904 2064 7865 67

## 3. Service Type: CERTIFIED MAIL®

## 4. Restricted Delivery? (Extra Fee) ☐ Yes

## 1. Article Addressed to:

Civil Process Clerk
Attorney General of the State of WI
17 West Madison Street
Madison, WI 53703
US

PS Form 3811, January 2005 — Domestic Return Receipt

### COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): M. Schoenin
B. Date of Delivery: AUG 29 2016
C. Signature: X ___ M. Schoenin ☒ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

052311.0008-00528

CERT00061087