## 2. Article Number

9414 7266 9904 2064 7866 04

## 3. Service Type CERTIFIED MAIL®

## 4. Restricted Delivery? (Extra Fee) ☐ Yes

## 1. Article Addressed to:
Civil Process Clerk
L. Lynch, Atty. General of the U.S.
950 Pennsylvania Avenue, NW
Washington, DC 20530
US

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

052314 0008-0078

PS Form 3811, January 2005   Domestic Return Receipt