| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 9414 7266 9904 2064 7866 28 | A. Received by (Please Print Clearly): A Bu | B. Date of Delivery: 8-25-16 |
| 3. Service Type: CERTIFIED MAIL® | C. Signature: X Georgette Book | ☐ Agent ☐ Addressee |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | D. Is delivery address different from Item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 1. Article Addressed to:<br>Gregory J. Haanstad<br>Atty. General E.D. of WI<br>517 East Wisconsin Avenue<br>Suite 530<br>Milwaukee, WI 53202<br>US | 053214-0008-00523 CERT0006IC96 | |

PS Form 3811, January 2005     Domestic Return Receipt