## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

_____

)
RICKEY I. KANTER,                              )
                                               )
                          Plaintiff,           )
v.                                             )        Civil Action No.  16-cv-01121
                                               )
LORETTA ELIZABETH LYNCH,                       )
Attorney General of the United States, and    )
BRAD SCHIMEL, Attorney General of the          )
State of Wisconsin,                            )
                                               )
                          Defendants.          )
_____)

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Michael L. Drezner of the United States

Department of Justice, Civil Division, Federal Programs Branch, enters his appearance on behalf

of U.S. Attorney General Loretta Lynch in her official capacity in the above-captioned case.

Dated: September 23, 2016                      Respectfully submitted,

                                               BENJAMIN C. MIZER
                                               Principal Deputy Assistant Attorney General

                                               JOSEPH H. HUNT
                                               Director, Federal Programs Branch

                                               JOHN R. TYLER
                                               Assistant Director, Federal Programs Branch

                                               */s/ Michael L. Drezner*
                                               MICHAEL L. DREZNER
                                               VA Bar #: 83836
                                               Trial Attorney, U.S. Department of Justice
                                               Civil Division, Federal Programs Branch
                                               20 Massachusetts Avenue, NW
                                               Washington, DC 20530
                                               Telephone: (202) 514-4505
                                               Facsimile: (202) 616-8470
                                               *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2016, a copy of the foregoing Notice of Appearance was

filed electronically via the Court's ECF system, which effects service upon counsel of record.


/s/ *Michael L. Drezner*
Michael L. Drezner

- 2 -