# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**Plaintiff(s),**

**v.**  Case No.

**Defendant(s).**

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

**This form must be filed with the Clerk of Court within 21 days of receipt. Although choosing to have your case decided by a magistrate judge is optional and refusal will not have adverse substantive consequences, the timely return of this completed form is mandatory.**

**If you do not consent to a magistrate judge deciding your case, a district judge will handle your case. When a case is handled by a district judge, magistrate judges in this district generally play no further role in the case and do not issue reports and recommendations.**

**Magistrate judges do not conduct felony trials, and therefore felony trials do not interfere with scheduling and processing of cases before magistrate judges.**

**Check one:**

☐ The undersigned attorney of record or pro se litigant **consents** to have Magistrate Judge _____ conduct all proceedings in this case, including a bench or jury trial, and enter final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73(b).

☐ The undersigned attorney of record or pro se litigant **refuses** to have a magistrate judge enter final judgment in this matter. I understand that this means that a district judge alone will handle all further proceedings in this matter.

Signed this ____ day of _____, _____.   _____
        (date)        (month)        (year)      Signature of counsel of record or pro se litigant
                                                 ☐ Plaintiff / petitioner (attorney or pro se litigant)
                                                 ☐ Defendant / respondent (attorney or pro se litigant)
                                                 ☐ Other party