UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| RICKEY I. KANTER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 16-cv-01121 |
| LORETTA ELIZABETH LYNCH, Attorney General of the United States, and BRAD SCHIMEL, Attorney General of the State of Wisconsin, | ) | |
| Defendants. | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

On August 22, 2016, Plaintiff filed a Complaint in the above-referenced matter. ECF No. 1. The response of Defendant Loretta Lynch, Attorney General of the United States in her official capacity, is presently due October 24, 2016. Defendant, by and through undersigned counsel, respectfully move the Court for an extension of time to respond to the Complaint so that a response would be due November 11, 2016.

Defendant requests an extension of time because the parties have agreed on a tentative briefing schedule which will be set forth via a letter from Plaintiff to this Court. The agreed-upon date for dispositive motions to be filed by either defendant is November 11, 2016. The parties concur that the briefing schedule will enable the case to move forward in an efficient and organized manner.

No prior extension of this deadline has been requested. Moreover, all parties have consented to this request for an extension of time.

For the foregoing reasons, Defendant respectfully requests that the Court grant its consent

motion for an extension of time – until November 11, 2016 – to respond to the Complaint. A proposed Order is attached.

Respectfully submitted this 21st day of October, 2016,

                                      BENJAMIN C. MIZER
                                      Principal Deputy Assistant Attorney General

                                      JOHN R. TYLER
                                      Assistant Branch Director

                                      */s/ Michael L. Drezner*
                                      MICHAEL L. DREZNER
                                      VA Bar #: 83836
                                      Trial Attorney, U.S. Department of Justice
                                      Civil Division, Federal Programs Branch
                                      20 Massachusetts Avenue, NW
                                      Washington, DC 20530
                                      Telephone: (202) 514-4505
                                      Facsimile: (202) 616-8470
                                      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2016, a copy of the foregoing Motion was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Michael L. Drezner*
Michael L. Drezner