UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICKEY I. KANTER,  )<br>  )<br>       Plaintiff,  )<br>v.  )<br>  )<br>LORETTA ELIZABETH LYNCH,  )<br>Attorney General of the United States, and  )<br>BRAD SCHIMEL, Attorney General of the  )<br>State of Wisconsin,  )<br>  )<br>       Defendants.  )<br> )| Civil Action No. 16-cv-01121 |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter comes before the Court upon the Defendant's motion for an extension of time to respond to the Complaint. For the reasons set forth in the motion, the Court HEREBY GRANTS the motion. The defendant shall file a response to the Complaint on or before November 11, 2016.

SO ORDERED this _____ day of October, 2016.

_____
CHARLES N. CLEVERT Jr.
United States District Judge