UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

RICKEY I KANTER,

       Plaintiff,

       v.                                Case No. 16-C-1121

LORETTA E. LYNCH
Attorney General of the United States,
BRAD D. SCHIMEL
Attorney General of the State or Wisconsin,

       Defendants.

ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME (DOC. 21), GRANTING REQUEST TO SET DISPOSITIVE MOTION SCHEDULE (DOC. 22), AND CANCELING SCHEDULING CONFERENCE

Based on the parties' stipulation (Doc. 21) and letter request for a dispositive motion schedule to streamline this case (Doc. 22),

IT IS ORDERED that U.S. Attorney General Loretta Lynch's consent motion for extension of time to respond to the complaint (Doc. 21) is granted; she now shall file her response on or before November 11, 2016.

IT IS FURTHER ORDERED that the parties should brief their contemplated motions for summary judgment as follows:

1.    Defendants' initial dispositive motions are due on or before November 11, 2016;

2.    Plaintiff's response and cross-motion (if any) is due on or before December 2, 2016;

3.    Defendants' replies/responses are due on or before January 9, 2017; and

4.    Plaintiff's reply (if necessary) is due on or before January 20, 2017.

IT IS FURTHER ORDERED that the scheduling conference set for December 6, 2016, is canceled.

Dated at Milwaukee, Wisconsin, this 28th day of October, 2016.

BY THE COURT

/s/ C.N. Clevert, Jr.
C.N. CLEVERT, JR.
U.S. DISTRICT JUDGE