IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

RICKEY I. KANTER,

    Plaintiff,

    v.                          Case No. 16CV1121

LORETTA ELIZABETH LYNCH,

and

BRAD D. SCHIMEL,

    Defendants.

## WISCONSIN ATTORNEY GENERAL BRAD D. SCHIMEL'S MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that the defendant Attorney General Brad D. Schimel hereby moves the Court pursuant to Federal Rule of Civil Procedure 12(c) for an order dismissing the plaintiff Rickey Kanter's claim against Attorney General Schimel and entering judgment on the pleadings in his favor. As a basis for this motion, Attorney General Schimel refers the Court to his concurrently filed brief in support of this motion for judgment on the pleadings.

The Court may wish to decide this motion based on the briefs. If the Court wishes to hear oral argument, then the motion will be heard at a date and time to be determined by the Court.

Dated this 11th day of November, 2016.

        Respectfully submitted,

        BRAD D. SCHIMEL
        Wisconsin Attorney General

        <u>/s/Colin T. Roth</u>
        COLIN T. ROTH
        Assistant Attorney General
        State Bar #1103985

        BRIAN P. KEENAN
        Assistant Attorney General
        State Bar #1056525

        Attorneys for Defendant Brad D. Schimel

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6219 (Roth)
(608) 266-0020 (Keenan)
(608) 267-2223 (Fax)
rothct@doj.state.wi.us
keenanbp@doj.state.wi.us