UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKEY I. KANTER,

        Plaintiff,

v.

LORETTA ELIZABETH LYNCH,
Attorney General of the United States,
and
BRAD SCHIMEL,
Attorney General of the State of Wisconsin,

        Defendants.

Case No. 16-CV-1121

## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

    Please take notice that Plaintiff Rickey Kanter, by his attorneys, Reinhart Boerner Van Deuren, s.c., hereby moves the Court, the Honorable Charles N. Clevert, Jr. presiding, for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, regarding the Claim in his Complaint for declaratory and injunctive relief.

    The bases for the Motion are set forth in the accompanying Memorandum in Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendants' Dispositive Motions, the concurrently filed Statement of Proposed Material Facts, and the pleadings on file in this matter.

Dated this 2nd day of December, 2016.

                                                            s/Mark A. Cameli  
                                                            Mark A. Cameli  
                                                            WI State Bar ID No. 1012040  
                                                            mcameli@reinhartlaw.com  
                                                            Kate E. Maternowski  
                                                            WI State Bar ID No. 1091126  
                                                            kmaternowski@reinhartlaw.com  
                                                            Attorneys for Rickey I. Kanter  
                                                            Reinhart Boerner Van Deuren s.c.  
                                                            1000 North Water Street, Suite 1700  
                                                            Milwaukee, WI 53202

                                                            Mailing Address:  
                                                            P.O. Box 2965  
                                                            Milwaukee, WI 53201-2965  
                                                            Telephone:  414-298-1000  
                                                            Facsimile:  414-298-8097

35234159