UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKEY I. KANTER,

        Plaintiff,

v.

LORETTA ELIZABETH LYNCH,
Attorney General of the United States,
and
BRAD SCHIMEL,
Attorney General of the State of Wisconsin,

        Defendants.

Case No. 16-CV-1121

## DECLARATION OF RICKEY I. KANTER

I, Rickey I. Kanter, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a husband, father, and businessman residing in Mequon, Wisconsin. I wish to purchase and possess a firearm for legal purposes.

2. I am over the age of 21, not under indictment, have never been convicted of a felony or misdemeanor crime of domestic violence, am not a fugitive from justice, am not an unlawful user of or addicted to any controlled substance, have not been adjudicated a mental defective or committed to a mental institution, have not been discharged from the Armed Forces under dishonorable conditions, have never renounced my citizenship, and have never been the subject of a restraining order relating to an intimate partner.

3. I have been convicted of only one crime in my lifetime.

Dated this 20 day of January, 2017.

s/ *(signed)*
Rickey I. Kanter

35451223