# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICKEY I. KANTER, <br><br> Plaintiff, <br><br> v. <br><br> LORETTA E. LYNCH, *former Attorney General of the United States*, and BRAD D. SCHIMEL, *Attorney General of the State of Wisconsin*, <br><br> Defendants. | Case No. 16-CV-1121-JPS <br><br><br> **ORDER OF RECUSAL** |

On March 21, 2017, the above-captioned civil action was reassigned to this branch of the Court for further proceedings.

Pursuant to 28 U.S.C. § 455(a), I herewith recuse myself from participation in this case.

Accordingly,

**IT IS ORDERED** that the file in this matter be and the same is herewith returned to the Clerk of Court for random reassignment to another judge.

Dated at Milwaukee, Wisconsin, this 22nd day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge