UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKEY I. KANTER,

                              Plaintiff,

            v.

LORETTA ELIZABETH LYNCH,                      Case No. 16-CV-1121
Attorney General of the United States, and
BRAD SCHIMEL,
Attorney General of the State of Wisconsin,

                              Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that Kate E. Maternowski hereby withdraws as lead counsel for Plaintiff Rickey I. Kanter and is to be removed from the service list in this case.

      Dated this 28th day of March, 2017.

                                              s/Kate E. Maternowski
                                              Mark A. Cameli
                                              WI State Bar ID No. 1012040
                                              mcameli@reinhartlaw.com
                                              Kate E. Maternowski
                                              WI State Bar No. 1091126
                                              kmaternowski@reinhartlaw.com
                                              Attorneys for Rickey I. Kanter
                                              Reinhart Boerner Van Deuren s.c.
                                              1000 North Water Street, Suite 1700
                                              Milwaukee, WI 53202

                                              Mailing Address:
                                              P.O. Box 2965
                                              Milwaukee, WI 53201-2965
                                              Telephone: 414-298-1000
                                              Facsimile: 414-298-8097

35940754