UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKEY I. KANTER,

          Plaintiff,

          v.

LORETTA ELIZABETH LYNCH, former Attorney General of the United States, and
BRAD SCHIMEL,
Attorney General of the State of Wisconsin,

          Defendants.

Case No. 2:16-CV-1121- PP

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Malinda J. Eskra of the law firm of Reinhart Boerner Van Deuren s.c. hereby appears as counsel for plaintiff Rickey I. Kanter in this action. We request that a copy of all notices and other papers in this action be served upon us at the address below or through the court's ECF system.

Dated this 5th day of May, 2017.

          s/ Malinda J. Eskra
          Mark A. Cameli
          WI State Bar ID No. 1012040
          mcameli@reinhartlaw.com
          Malinda J. Eskra
          WI State Bar ID No. 1064353

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Facsimile: 414-298-8097

meskra@reinhartlaw.com
Attorneys for Plaintiff Rickey I. Kanter
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

36184959