# United States District Court

EASTERN DISTRICT OF WISCONSIN

RICKEY I. KANTER,
        Plaintiff,

v.

LORETTA E. LYNCH,
BRAD D. SCHIMEL,
        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 16-CV-1121

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing and this case is DISMISSED.

Approved:    s/ William C. Griesbach
                    William C. Griesbach, Chief Judge
                    United States District Court

Dated: January 2, 2018.

                    STEPHEN C. DRIES
                    Clerk of Court

                    s/ Lori Hanson
                    (By) Deputy Clerk