UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKEY I. KANTER,

                 Plaintiff,

        v.

                                                  **NOTICE OF APPEAL**

JEFFERSON B. SESSIONS III,
Attorney General of the United States, and          Case No. 2:16-C-1121-WCG
BRAD D. SCHIMEL,
Attorney General of the State of Wisconsin,

                 Defendants.

Notice is given that the plaintiff, Rickey I. Kanter, appeals to the United States Court of

Appeals for the Seventh Circuit from the final judgment entered in this action on January 2,

2018.

Dated and signed this 28th day of February, 2018, Milwaukee, Wisconsin.

                                      s/ Malinda J. Eskra
                                      Mark A. Cameli
                                      WI State Bar ID No. 1012040
                                      mcameli@reinhartlaw.com
                                      Malinda J. Eskra
                                      WI State Bar ID No. 1064353
                                      meskra@reinhartlaw.com
                                      Reinhart Boerner Van Deuren s.c.
                                      1000 North Water Street, Suite 1700
                                      Milwaukee, WI 53202
                                      *Attorneys for Rickey I. Kanter*

                                      Mailing Address:
                                      P.O. Box 2965
                                      Milwaukee, WI 53201-2965
                                      Telephone:  414-298-1000
                                      Facsimile:  414-298-8097

39168908