UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

RICKEY I. KANTER,

                Plaintiff,

        v.

JEFFERSON B. SESSIONS III,
Attorney General of the United States, and
BRAD D. SCHIMEL,
Attorney General of the State of Wisconsin,

                Defendants.

**DOCKETING STATEMENT**

Case No. 2:16-C-1121-WCG

## I. JURISDICTION OF THE DISTRICT COURT

Plaintiff-Appellant Rickey I. Kanter filed the above-captioned action against the Attorney General of the United States and the Attorney General of the State of Wisconsin.

Appellant challenges the constitutionality of 18 U.S.C. § 922(g)(1) and Wis. Stat. § 941.29(1m) under the Second Amendment of the United States Constitution.

Because this case asks the Court to address a deprivation of rights under the United States Constitution, and because this case was filed against the United States, the district court had original jurisdiction over this action pursuant to 28 U.S.C. § 1331, 1343 and 1346.

## II. JURISDICTION OF THE COURT OF APPEALS

The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

The final judgment of the U.S. District Court for the Eastern District of Wisconsin was entered on January 2, 2018 by the Honorable William C. Griesbach.

No motion for a new trial or alteration of judgment, or any other motion claimed to toll the time within which to appeal, was filed.

The Notice of Appeal was filed with the District Court on February 28, 2018.

This case is not a direct appeal from the decision of a magistrate judge.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2018.

| | |
|---|---|
| Mailing Address:<br>P.O. Box 2965<br>Milwaukee, WI 53201-2965<br>Telephone: 414-298-1000<br>Facsimile: 414-298-8097 | s/ Malinda J. Eskra<br>Mark A. Cameli (Counsel of Record)<br>WI State Bar ID No. 1012040<br>mcameli@reinhartlaw.com<br>Malinda J. Eskra<br>WI State Bar ID No. 1064353<br>meskra@reinhartlaw.com<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202<br>*Attorneys for Rickey I. Kanter* |