# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 1, 2018

**To:**   Stephen C. Dries
         Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 18-1478
>
> Caption:
> RICKEY I. CANTER,
> Plaintiff - Appellant
>
> v.
>
> JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,
> Defendants - Appellees
>
> ---
>
> District Court No: 2:16-cv-01121-WCG
> District Judge William C. Griesbach
> Clerk/Agency Rep Stephen C. Dries
>
> Date NOA filed in District Court: 02/28/2018

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)