# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**FINAL JUDGMENT**

March 15, 2019

Before:

JOEL M. FLAUM, Circuit Judge

KENNETH F. RIPPLE, Circuit Judge

AMY C. BARRETT, Circuit Judge

| No. 18-1478 | RICKEY I. KANTER,<br> Plaintiff - Appellant<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-01121-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.