# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

April 19, 2019

Before

**JOEL M. FLAUM**, *Circuit Judge*

| No. 18-1478 | RICKEY I. KANTER,<br> Plaintiff - Appellant<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-01121-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

Upon consideration of the **MOTION TO EXTEND TIME TO FILE PETITION FOR REHEARING OR REHEARING EN BANC**, filed on April 15, 2019, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that Appellant's petition for rehearing, if any, is due on or before May 29, 2019.

form name: **c7_Order_3J**(form ID: **177**)